RECEIVED JUL 26 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE

AO 243 (Rev. 09/17)

FILED
November 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MChiong
       DEPUTY

Note to TX court: address is now FCI LA TUNA, P.O. Box 3000, Anthony, NM 88021

DEFENDANT IN TRANSIT — mailing address to use is ~~3161 AA Arthur Circle Anchorage, AK 99515~~

BEHAAPANIEMI@gmail.com
(206) 414-9286

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District ANCHORAGE |
|---|---|

| Name (under which you were convicted): PETER LEE NORRIS (NKA BJØRN ERIK HAAPANIEMI) | Docket or Case No.: 3:19-CR-00078-RRB-DMS |
|---|---|
| Place of Confinement: Marshall Custody – Pahrump, NV – on way to FCI LA TUNA, Anthony, TX | Prisoner No.: 22106-508 |

UNITED STATES OF AMERICA    v.    Movant (include name under which convicted) PETER LEE NORRIS (NKA BJØRN ERIK HAAPANIEMI)

EP-21-CV-292-DCG    MOTION    (see 3AN-20-06522 CI (AK) — Docs 65/65 in this case)

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT
   222 W. 7th AVENUE
   ANCHORAGE, ALASKA 99513

   (b) Criminal docket or case number (if you know): 3:19-CR-00078-RRB-DMS

2. (a) Date of the judgment of conviction (if you know): 28 March, 2021
   (b) Date of sentencing: 22 March, 2021

3. Length of sentence: 5 YR COUNT 1, 4 YR COUNT 3, Consecutive (108 mos) COUNT 2 DISMISSED.

4. Nature of crime (all counts):
   COUNT 1: STALKING.
   COUNT 2: MAILING THREATENING COMMUNICATIONS
   COUNT 3: MAKING THREATENING COMMUNICATIONS

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?  N/A

6. If you went to trial, what kind of trial did you have? (Check one) N/A    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐
   N/A

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction? Yes ☐ No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

Page 3 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 2 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 2 of 13

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: _____
(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
　　　Yes ☐　　No ☐　　N/A
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: _____
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
　　　Yes ☐　　No ☐　　N/A
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:　　Yes ☐　　No ☐
(2) Second petition:　Yes ☐　　No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Page 4 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 3 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 3 of 13

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: __VIOLATION OF FIRST AMENDMENT PROTECTED SPEECH RIGHTS, IN REGARDS TO A WRITTEN STATEMENT.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IN REGARDS TO COUNT 3, "MAILING THREATENING COMMUNICATIONS", I WAS CHARGED MAINLY FOR MAKING A STATEMENT IF I DID NOT (GET RELIEF), I WOULD "ORDER OTHERS TO ISSUE MAYHEM" — IT WAS CONNOTED ONLY MEANING OF "MAYHEM" WAS TO MAIM OR HURT. I DID NOT EVER MEAN AS SUCH. — BURTONS LAW THESAURUS, VERSION 4, pg 876, DEFINES "MAYHEM" AS "COMMOTION" OR DISTURBANCE. FURTHER, IN PAHRUMP, NV. WHERE I AM, SAIDA TRUDEAU JEEP DEALER IS CURRENTLY HAVING AN "INVENTORY MAYHEM" SALE. I FEEL I WAS WRONGLY SANCTIONED FOR USING A WORD WITH MULTIPLE MEANINGS. THEY PICKED WORST

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? N/A
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A

Page 5 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 4 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 4 of 13

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:   N/A
Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: For Count one, it should Have been Dismissed AND I Should Have Been Charged under count 2.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counts 1 + 2 concerned victim Karlisa Hicks. While it is true I mailed letters over a period of a few yrs to OCS in / c/o victim, who worked there, I fail to see How I could be "stalking" her when the entire time I mailed letters, she did not even work there - I was unaware of this, or facts He Had gone to work for DOC. I Think if I Had been "stalking" Her, I would have known to send to OCS. Gov't chose "stalking" instead of "making threats" because "stalking" only carried 2 yrs - Threats = 5.

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?   N/A
Yes ☐   No ☐

Page 6 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 5 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 5 of 13

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑
(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A
(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   N/A
(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   N/A
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Page 7 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 6 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 6 of 13

**GROUND THREE:** No THREATS of BODILY HARM EVER MADE - THE COMPLAINT WAS COMPRISED OF SNIPPETS FROM MULTIPLE LETTERS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

CONTEXT IS EVERYTHING. - IN THE COMPLAINT AND PSR, THE PROSECUTION MADE A COMPLAINT IN WHICH THEY CONSTRUCTED A SUPPOSED "THREAT LETTER" OUT OF PIECES OF SENTENCES, + EVEN SINGLE WORDS, INTO A CHIMERA OF A SUPPOSED THREAT - AND IT STILL DID NOT QUALIFY AS A PHYSICAL THREAT - WORST IS TO ERASE "DIGITAL EXISTENCE" (online). A RIDICULOUS NOTION - (FROM PRISON?).

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? N/A
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application? N/A
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

Page 8 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 7 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 7 of 13

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state: N/A
Name and location of the court where the appeal was filed:

Docket or case number (if you know): 
Date of the court's decision: 
Result (attach a copy of the court's opinion or order, if available): 

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR: ILLEGAL TRANSPORT - NO DETAINER.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DEFENDANT WAS 3 MOS FROM FINISHING AZ STATE SENTENCE ON ANOTHER MATTER WHEN U.S. MARSHALS SNATCHED HIM OUT OF PRISON AT BREAKFAST IN AZ, TELLING COURT OFFICIALS IN PRISON HE HAD "COURT, & WOULD BE RIGHT BACK", INSTEAD TAKING HIM TO ALASKA. WITH NO DETAINER. THIS WAS DONE ON PURPOSE - AND VIOLATED MULTIPLE RIGHTS.

(b) Direct Appeal of Ground Four:
(1) If you appealed from the judgment of conviction, did you raise this issue? N/A
Yes ☐   No ☐
(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐
(2) If you answer to Question (c)(1) is "Yes," state:

Page 9 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 8 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 8 of 13

AO 243 (Rev. 09/17)

Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: THE MAIN REASON FOR THE MEASURES THEY TOOK BOILS DOWN TO FACT VICTIM #1, HICKS, WAS A CHILD CASE WORKER IN A CASE INVOLVING THE DEFENDANT IN WHICH HE WAS FOUND NOT GUILTY OF ABUSING HIS CHILDREN, MUCH TO DISMAY OF HICKS. WHEN DEFENDANT FOUGHT TACTICS SHE DID SUCH AS PURPOSELY VIOLATING CINA ORDERS NOT TO RELEASE INFO ON CHILDREN FROM CINA COURT, SHE SENT TO AZ FOR PURPOSE OF PROSECUTING DEFENDANT IN ANOTHER CASE, WHEN CINA JUDGE MORSE FORCED DNA TESTING OF DEFENDANT, SHE HAD IT PUT IN AZ IN SOMEONE ELSE'S RAPE CASE. THIS IS AN EFFORT TO NEUTER DEFENDANT'S EFFORT.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:
    Thomas Burke Wonnell, (707) 646-3413  Fed pub. Defender

    (b) At the arraignment and ~~plea~~ Plea: ~~M DATTAN~~ Scott DATTAN, 2600 Denali St., #460, Anchorage, AK 99503 (907)-276-8008

    (c) At the trial:
    No Trial ~~PLEAAMTN~~

    (d) At sentencing: Randall S. Cavanaugh, Kalamarides + Lambert, PC 750 W. 2ND Ave, #200, Anchorage, AK 99501 (907) 276-2135

    (e) On appeal:  N/A

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one ~~court~~ count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒   Just AZ probation on previous conviction.

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    Probation for S. Maricopa Co., AZ - ~~245~~ 100 W. Indianola Ave., Phoenix, AZ 85015

    (b) Give the date the other sentence was imposed: At sentencing 4/10/2010
    (c) Give the length of the other sentence: Indeterminate probation duration
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☒   No ☐

    I am currently petitioning AZ court to revoke AZ probation, to serve sentence for it case.

Page 11 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 10 of 13
Case 3:21-cv-00207-RRB   Document 1   Filed 11/30/21   Page 10 of 13

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

I AM WITHIN THE 1 YR LIMIT.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
 A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 12 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 11 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 11 of 13

Therefore, movant asks that the Court grant the following relief: I AM primarily contesting my rights in count 3 for using vague language. I either with it Dropped, or made concurrent to count 1. I also or any other relief to which movant may be entitled. with a second judge to review This case - feel first one "poisoned" by errant presentation. I do not want another judge. I want a consortium of two.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
(month, date, year)

Executed (signed) on  23 July 2021  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

Case 3:19-cr-00078-RRB-MMS   Document 111   Filed 07/26/21   Page 12 of 13
Case 3:21-cv-00267-RRB   Document 1   Filed 11/30/21   Page 12 of 13

BJoeN eric HARPANLEM 22106-306
f/k/a peter Joe Norris, 22108-706
federal correctional institution La jynn
Po Box 3000 Milan, NM 88021

3:19-CR-00078-RRB-MMS-1
US Vs Norris a/k/a HARpanleM
motion for 2255 reconsideration
(Judicial interference)
motion to modify JSC to
Neutrality Non-

UNITED STATES DISTRICT Court
DISTRICT of WEST TEXAS, EL PASO
525 MAGOFFIN AVE., #105
EL PASO, TX 79901

EL PASO TX 799
MON 29 NOV 2021